tification of equitable causes for construction of wills and trust deeds" was repealed by the 1972 session of the General Assembly. Petitioners are directed to show cause why the matter should not be dismissed for lack of jurisdiction. Parties directed to file legal memorandum within 15 days regarding the jurisdiction of Supreme Court. *Robert J. Harrop,* for petitioners. *John P. Dzienkowski,* for respondents.

November 30, 1973.

M. P. No. 73-78. MANUEL R. NUNES, JR. *v.* FRANCIS A. HOWARD, *Warden.* Pro se motion to vacate sentence denied without prejudice to right of petitioner to seek review of the Superior Court judgment in the coram nobis proceeding. *Manuel R. Nunes, Jr.,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 73-290. CITY OF WARWICK *v.* ZETTS CONSTRUCTION CO., INC. *et al.* Petition for writ of certiorari granted. Paolino, J., not participating. *William J. Toohey,* City Solicitor, *Joseph J. McGair,* Asst. City Solicitor, for petitioner. *John D. Lynch,* for respondents.

M. P. No. 73-292. POTOWOMUT GOLF CLUB, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari granted. *Coleman B. Zimmerman,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for respondent.

M. P. No. 73-295. GARY G. LYONS *v.* EUGENE P. PETIT, JR., *Registrar of Motor Vehicles.* Petition for writ of certiorari denied. *Aram K. Berberian,* for petitioner. *Richard J. Israel,* Attorney General, *George H. Egan,* Special Asst. Attorney General, for respondent.